The Honorable Richard A. Jones

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   WILLIAM ANDERSON,                          NO.  C09-0850 RAJ

10                      Plaintiff,

11          v.                                  **DECLARATION OF TED BUCK
                                                IN SUPPORT OF CITY
12   THE BASEBALL CLUB OF SEATTLE              DEFENDANTS' MOTION FOR
     d/b/a/ THE SEATTLE MARINERS; THE          SUMMARY JUDGMENT**
     CITY OF SEATTLE; JASON WEAVING;
13   LARRY HARVEY; LARRY MEYER;                 **NOTE ON MOTION CALENDAR:
     OFFICER TIMOTHY RENIHAN; TRENT            NOVEMBER 12, 2010**
14   BERGMAN; OFFICER DAVID SULLIVAN;
     OFFICER JUAN ORNELAS; and JOHN
15   DOE NOS. 1-10,

16                      Defendants.

17

18          TED BUCK declares under oath and on the basis of personal knowledge:

19          1.      I am one of the attorneys representing the City of Seattle and the

20   defendant officers in this matter.

21          2.      The exhibits described in and attached to this declaration are all true and

22   correct copies of documents generated or received and maintained by our office in the

23   ordinary course of its representation of The City of Seattle.

DECLARATION OF TED BUCK IN SUPPORT OF
CITY DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 1

C09-0850 RAJ
3019-030590  601868x

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**Exhibit 1**    Excerpts from the deposition testimony of William Anderson taken July 7, 2010.

**Exhibit 2**    Consumer Service Bureau Workflow report created 1/5/2005.

**Exhibit 3**    Excerpts from the deposition testimony of Timothy Renihan taken August 4, 2010.

**Exhibit 4**    Excerpts of plaintiff's responses to City Defendant's First Interrogatories and Requests for Production dated June 17, 2010.

**Exhibit 5**    Plaintiff's responses to Defendant Baseball Club of Seattle's First Interrogatories, Requests for Production and Requests for Admission dated June 17, 2010.

**Exhibit 6**    Seattle Police Department Policy and Procedure regarding off-duty employment.

**Exhibit 7**    Secondary Employment Permit of Timothy Renihan.

**Exhibit 8**    Incident Report dated June 18, 2006.

**Exhibit 9**    Incident Report dated August 26, 2006.

**Exhibit 10**   Incident Report dated August 27, 2006
.
**Exhibit 11**   Citation dated April 14, 2009

**Exhibit 12**   City of Seattle Ordinance No. 119534
Excerpts of Agreement between City of Seattle and The Baseball Club of Seattle.

**Exhibit 13**   Excerpts from the deposition testimony of Trent Bergmann taken July 12, 2010

**Exhibit 14**   Excerpts from the deposition testimony of Lawrence Meyer taken July 26, 2010.

**Exhibit 15**   Excerpts from the deposition testimony of Juan Ornelas taken September 16, 2010

DECLARATION OF TED BUCK IN SUPPORT OF
CITY DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 2

C09-0850 RAJ
3019-030590  601868x



STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

        I CERTIFY under penalty of perjury according to the laws of the State of

Washington and of the United States that the foregoing is true and correct.

        DATED at Seattle, Washington, this 20th day of October, 2010.


                        /s/ Ted Buck via ECF
                        TED BUCK


DECLARATION OF TED BUCK IN SUPPORT OF
CITY DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 3

C09-0850 RAJ
3019-030590  601868x

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1

## **Certificate of Service**

2      I certify that on the date noted below I electronically filed this document entitled
DECLARATION OF TED BUCK IN SUPPORT OF CITY DEFENDANTS' MOTION FOR
3   SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which
will send notification of such filing to the following persons:

4

5   Timothy K. Ford, WSBA No. 5986          David J. Burman, WSBA No. 10611
timf@mhb.com                              dburman@perkinscoie.com
6   MacDonald Hoague & Bayless               Ryan T. Mrazik, WSBA No. 40526
1500 Hoge Building                        Perkins Coie, LLP
7   705 Second Avenue                        1201 Third Avenue, Suite 4800
Seattle, WA  98104-1745                   Seattle, WA  98101-3099
8   (206) 622-1604                            (206) 359-8000
FAX: (206) 343-3961                       FAX: (206) 359-9000
9        *Attorneys for Plaintiff William*          *Attorneys for Defendant Baseball*
*Anderson*                                *Club of Seattle d/b/a The Seattle Mariners*

10

11      DATED this 20th day of October, 2010, at Seattle, Washington.

12

13                              /s/ Ted Buck via ECF

14

15

16

17

18

19

20

21

22

23

DECLARATION OF TED BUCK IN SUPPORT OF
CITY DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 4

C09-0850 RAJ
3019-030590  601868x

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885